No. 775.  SCHENLEY DISTILLERS, INC., ET AL. *v.* BINGLER, DISTRICT DIRECTOR OF INTERNAL REVENUE. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE HARLAN took no part in the consideration or decision of this case. *Elder W. Marshall* for appellants. *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Melva M. Graney* for appellee.

No. 806.  AMITY ESTATES, INC., ET AL. *v.* WERKING. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Herman G. Blumenthal, Abraham H. Waisman* and *Francis A. Ruf* for appellants.

No. 600, Misc.  REICKAUER *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. *Per Curiam:* The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

No. 576.  ROSENBLUM *v.* UNITED STATES, 352 U. S. 969.  Leave is granted to withdraw petition for rehearing pursuant to stipulation of counsel. On the stipulation were *Frederick H. Block* for petitioner and *Solicitor General Rankin* for the United States.